**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-00276-LTB-MJW

BRIAN FUDGE, an Iowa resident,

    Plaintiff,

v.

PLAINS TRANSPORTATION, INC., a Texas corporation,

    Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Doc 15 - filed October 17, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                       BY THE COURT:

                                         s/Lewis T. Babcock
                                       Lewis T. Babcock, Judge

DATED:   October 18, 2012